# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143541

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JUAN VICTOR RAMOS,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143541
COA: 303088
Saginaw CC: 06-028190-FC

On order of the Court, the application for leave to appeal the June 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

h0227

Clerk